IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL BLOODWORTH,

Appellant,

v.

MARCELE BORGES,

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2146

_____/

Opinion filed August 4, 2016.

An appeal from the Circuit Court for Santa Rosa County.
David Rimmer, Judge.

Michael Bloodworth, pro se, Appellant.

E. Jane Brehany, Pensacola, for Appellee.

PER CURIAM.

AFFIRMED.

ROBERTS, C.J., WOLF and RAY, JJ., CONCUR.